THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TIFFANIE LAKE** | * | C.A. NO. 6:18-cv-00025-UDJ-CBW |
| | * | |
| Plaintiff, | * | |
| | * | SECTION: |
| versus | * | |
| | * | |
| | * | JUDGE: JUNEAU |
| **CAMERON INTERNATIONAL CORP.,** | * | |
| | * | MAG. JUDGE: WHITEHURST |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now into court, through undersigned counsel, comes Ms. Tiffanie Lake, who respectfully requests that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff hereby requests dismissal of the above-titled action with prejudice. The above action has been settled and was dismissed on January 4, 2019.

    Respectfully submitted:

    **SANGISETTY LAW FIRM, LLC.**

By:    */s/ Ravi Sangisetty*
       Ravi K. Sangisetty (#30709)
       3914 Canal Street
       New Orleans, Louisiana 70119
       Telephone: (504) 662-1016
       Facsimile: (504) 662-1318
       rks@sangisettylaw.com
       *Attorney for Tiffanie Lake*

AND

        /s/ *Ashlee C. Grant*
        Ashlee C. Grant (#33052)
        Cody T. Vasut
        BakerHostetler
        811 Main Street, Suite 1100
        Houston, TX 77002
        Telephone: (713) 646-1364
        Facsimile: (713) 751-1717
        agrant@bakerlaw.com
        *Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served upon counsel of record via CM/ECF on this 11th day of January, 2019 in New Orleans, Louisiana.

        /s/ *Ravi Sangisetty*
        **RAVI K. SANGISETTY**